IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:23-cv-593-FB |
| ESTATE OF ELSIE PANCOAST ) | |
| NOBLE d/b/a VILLITA DEL SOL, ) | |
| ) | |
|    Defendants. ) | |

**PLAINTIFF'S STIPULATION TO DISMISS WITHOUT PREJUDICE**

Plaintiff **RYAN PFLIPSEN** ("Plaintiff") respectfully files this Stipulation to Dismiss Without Prejudice with the Court with respect to the instant lawsuit, notwithstanding its apparent current position of default or any other procedural status.

As a result, the Plaintiff would respectfully request that the Court hereby dismiss the within action without prejudice as of the date of the filing of the instant pleading.

                                    Respectfully submitted,
                                    **KURZ LAW GROUP, LLC**
                                    3455 Cobb Parkway, SE, Suite J-285
                                    Atlanta, GA 30339
                                    www.kurzlawgroup.com
                                    (404) 805-2494 Telephone
                                    (770) 428-5356 Facsimile
                                    By:  */s/ Dennis R. Kurz*
                                           Dennis R. Kurz
                                           Texas State Bar No. 24068183
                                           dennis@kurzlawgroup.com
                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 1st day of March, 2024, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

(NONE OF RECORD)
*Attorney for Defendant*

                                                   */s/ Dennis R. Kurz*
                                                   Dennis R. Kurz